**UNITED STATES of America,
Plaintiff–Appellee,**

v.

**Pernell SHANNON, a/k/a Junior,
Defendant–Appellant.**

**No. 08–6409.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2008.

Decided: July 25, 2008.

Pernell Shannon, Appellant Pro Se. Elizabeth Jean Howard, Assistant United States Attorney, Greenville, South Carolina, for Appellee.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Pernell Shannon appeals the district court's order denying his 18 U.S.C. § 3582 (2000) motion. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Shannon,* No. 6:02–cr–01360–HMH–5 (D.S.C. Mar. 7, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*